## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

### CASE NO.: 1:24-cv-08058

AHMED SHAFFAN,

                Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE "A",

                Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS No. 18, 36 and 42

Plaintiff AHMED SHAFFAN by and through his undersigned counsel, and pursuant to

Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the

following Defendants:

    a.  agnes grey (Defendant No. 18 on Schedule "A");

    b.  Chengduwubo (Defendant No. 36 on Schedule "A"); and

    c.  DweIke (Defendant No. 42 on Schedule "A").

Dated: November 7, 2024           Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel@sriplaw.com
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com
RACHEL KAMINETZKY
New York Bar Number: 6030647

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

Rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**
231 S. Rangeline Rd.
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ahmed Shaffan*