UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-cv-08058

AHMED SHAFFAN,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 8 AND 38

Plaintiff AHMED SHAFFAN by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as to the following Defendants:

a. Namaste007 (Defendant No. 8 on Schedule "A"); and

b. BestEioyo (Defendant No. 38 on Schedule "A").

Dated: November 15, 2024    Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel@sriplaw.com

J. CAMPBELL MILLER
Illinois Bar Number: 6345233

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

campbell.miller@sriplaw.com

RACHEL KAMINETZKY
New York Bar Number: 6030647
Rachel.kaminetzky@sriplaw.com

**SRIPLAW, P.A.**
231 S. Rangeline Rd.
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Ahmed Shaffan*